KEY WEST ELECTRIC COMPANY, A CORPORATION, *Plaintiff in Error, v.* JUAN M. ALCALDE, *Defendant in Error.*

### APPELLATE PRACTICE—REVERSAL ON FACTS.

When the only question presented to an appellate court on writ of error is the sufficiency of the evidence to support the verdict and judgment, such judgment will be affirmed when there is evidence sufficient to sustain the verdict on which it is predicated.

This case was decided by Division B.

Writ of Error to the Circuit Court for Monroe County.

The facts in the case are stated in the opinion of the court.

*W. Hunt Harris* and *Norvin G. Maloney,* for Plaintiff in Error;

*J. M. Phipps* and *George G. Brooks,* for Defendant in Error.

TAYLOR, J.—The defendant in error as plaintiff below sued the plaintiff in error as defendant below in the Circuit Court of Monroe County in an action for damages for personal injuries and recovered a verdict for $7233, which was reduced by order of the judge on motion for new trial to the sum of $3,000 by remittitur entered and judgment was rendered for the last named amount, and to have this judgment reviewed the defendant below has brought the case here by writ of error.

But one assignment of error is argued or presented here to the effect that the court below erred in not granting the motion for new trial on the ground that the verdict is not supported by the law or the evidence. There is considerable evidence that the accident and injury to the plaintiff was caused by his being run down in his wagon by a car of the defendant company at a street crossing in consequence of the car being driven at a high and dangerous speed, and that no signals of its approach were given. There was much conflict in the evidence on these issues, but the jury by their verdict have settled these conflicts adversely to the defendant company, and the Circuit Judge who presided at the trial has refused to disturb the jury's settlement of them, and we cannot say that there was such a preponderance of evidence in the defendant's favor on such issues, as to indicate any unfair bias or prejudice on the part of the jury in arriving at their finding. The evidence in the case to which the jury by their verdict seem to have given their credence is ample to sustain the finding in the plaintiff's favor, and from the proofs we do not think that the sum of $3,000, to which the judge below reduced the verdict, and for which judgment has been rendered, is at all excessive for the injuries shown to have been sustained by the plaintiff. The law applicable to the facts proved also justifies such recovery. No error being

shown the judgment of the Circuit Court in said cause is hereby affirmed at the cost of the plaintiff in error.

HOCKER and PARKHILL, JJ., concur;

WHITFIELD, C. J., and SHACKLEFORD and COCKRELL, JJ., concur in the opinion.